UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

..................................................................................X

H. BENDAL HOLT a/k/a BENDAL HOLT, and
BENJAMIN MANSFIELD

13-CV-05704-DLI-MDG

*Plaintiffs,*

-against-                                                    VERIFIED ANSWER

FEROUZ FOOD CORP., individually and d/b/a
CROWN FRIED CHICKEN and AHMED NOOR, individually,

*Defendants.*
..................................................................................X

I, AHMED NOOR, am the owner and President of Crown Fried Chicken and Defendant in this action and as such I am conversant with the facts I depose to. As my Answer to the allegations made in the Complaint, I offer the following:

1. Denies each and every allegation not specifically admitted to.

2. Answering Paragraph 1 of the Complaint, Defendant admits the pendent jurisdiction of this Court. As to the remainder of the allegations set forth in this Paragraph, the Defendant deny generally and specifically that he harassed or discriminated against the Plaintiffs in any way on the basis of their race.

3. Answering Paragraphs 2 through 4 of the Complaint, the Defendant admits that the jurisdiction and venue are proper.

4. The Defendant is without sufficient knowledge about the name and address of the plaintiff, H. BENDAL HOLT a/k/a BENDAL HOLT. Therefore, the allegations in Paragraph 5 are denied.

5. The Defendant is without sufficient knowledge about the name and address of the plaintiff, BENJAMIN MANSFIELD. Therefore, the allegations in Paragraph 6 are denied. averments

6. The Defendant admits the allegations in Paragraphs 7 through 14 of the Complaint.

7. The Defendant is without sufficient knowledge about the allegations in Paragraph 15 of the Complaint. Therefore, allegations in Paragraph 15 are denied.

8. The Defendant lacks sufficient knowledge or information to determine the truth of the allegations in Paragraph 16 of the Complaint. Therefore, allegations in Paragraph 16 are denied.

9. Answering Paragraphs 17 through 32, the Defendant lacks sufficient knowledge or information to determine the intent of the Plaintiff(s) to purchase food at the premises. As to the remainder of the allegations set forth in these Paragraphs, the Defendant deny each and every allegation contained therein

## FIRST ALLEDGED CAUSE OF ACTION
## UNDER FEDERAL LAW
## 42 USC SECTION 1981.

10. Answering Paragraph 33, Defendant hereby incorporates each and every Paragraph above of this Answer.

11. The Paragraph 34 describes a statutory provision that speaks for itself and for which no response is necessary.

12. The allegations in Paragraph 35 of the Complaint are denied.

## SECOND ALLEDGED CAUSE OF ACTION
## UNDER NEW YORK STATE LAW "DISCRIMINATION"

13. Answering Paragraph 36, Defendant hereby incorporates each and every Paragraph above of this Answer.

14. The Paragraph 37 describes a statutory provision that speaks for itself and for which no response is necessary.

15. The allegations in Paragraph 38 of the Complaint are denied.

16. The allegations in Paragraph 39 of the Complaint are denied.

## THIRD ALLEDGED CAUSE OF ACTION
## UNDER NEW YORK CITY LAW "DISCRIMINATION"

17. Answering Paragraph 40, Defendant hereby incorporates each and every Paragraph above of this Answer.

18. The Paragraph 41 describes an administrative code that speaks for itself and for which no response is necessary.

19. The allegations in Paragraph 42 of the Complaint are denied.

20. The allegations in Paragraph 43 of the Complaint are denied.

## FOURTH ALLEDGED CAUSE OF ACTION
## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

21. Answering Paragraph 44, Defendant hereby incorporates each and every Paragraph above of this Answer.

22. The allegations in Paragraph 45 of the Complaint are denied.

23. The allegations in Paragraph 46 of the Complaint are denied.

Case 1:13-cv-05704-DLI-MDG Document 4 Filed 01/23/14 Page 4 of 6 PageID #: 18

24. The Defendant lacks sufficient knowledge or information to determine the truth of the allegations in Paragraph 47 of the Complaint. Therefore, allegations in Paragraph 47 are denied.

25. The allegations in Paragraph 48 of the Complaint are denied.

## FIFTH ALLEDGED CAUSE OF ACTION
## NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

26. Answering Paragraph 49, Defendant hereby incorporates each and every Paragraph above of this Answer.

27. The allegations in Paragraph 50 of the Complaint are denied.

28. The allegations in Paragraph 51 of the Complaint are denied.

## AFFIRMATIVE DEFENSES

1. CROWN FRIED CHICKEN is owned by the Defendant "AHMED NOOR" and is doing business at 135-18 Jamaica Ave, Richmond Hill, NY 11418 for more than 10 years.

2. Defendant has never discriminated against anyone based on sex, color, race, or religion.

3. Defendant has two employees, one male and another female, and they are both African American

4. Majority of Defendant clients are from the African –American community.

5. On or about November 23, 2011 Plaintiff entered the Defendants premises and demanded free food.

6. On refusal to give free food, the Plaintiffs shouted at the Defendant and before exiting the premises, the Plaintiffs threatened that they will be back later in the evening to take the food.

7. After more than an hour, the Plaintiffs again entered the premises and again demanded free food. The Defendant refused to give them any free food and picked up the phone to call Police.

8. When the Defendant told the Plaintiffs that he was going to call the police, the Plaintiffs left and premises and before exiting the plaintiffs threatened that they will make it difficult for the Defendant to do business in the locality.

WHEREFORE Defendant asks this Court to dismiss the Complaint and enter judgment in favor of Defendant.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 27TH Day of December 2014

Signature: _____
AHMED NOOR (Defendant)

Address: 158-20 77th Ave
Flushing, NY 11366-1018

Phone: (347) 938-8133

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
———————————————————— X

H. BENDAL HOLT a/k/a BENDAL HOLT, and
BENJAMIN MANFIELD

                                                Plaintiff,(s)              Affirmation of Service

      -against-
FEROUZ FOOD CORP., individually and d/b/a
CROWN FRIED CHICKEN and                      13 _____ CV 05704-DLI ( MDG )
AHMED NOOR, individually

                                          Defendant.(s)
———————————————————— X


I, AHMED NOOR _____, declare under penalty of perjury that I have

served a copy of the attached ANSWER _____

upon "W. Gordon Kaupp, Esq" ACRE LAW GROUP, PC "Attorneys for Plaintiffs" _____

whose address is: 30 Broad Street, 35th Floor _____

New York, New York 10004


Dated: December 27, 2014
       Queens      , New York

                                                                   *Ahmed Noor* (signature)
                                                                   Signature

                                                                   158-20 77th Ave
                                                                   Address

                                                                   Flushing, New York 11366-1018
                                                                  City, State, Zip Code