

# ARCÉ LAW GROUP, PC

30 Broad St., 35th Floor
New York, New York 10004
P: 212-248-0120 / F: 212-587-4169

May 16, 2014

**The Honorable Dora L. Irizarry**
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    H. Bendal Holt a/k/a Bendal Holt, and Benjamin Mansfield v. Ferouz Food Corp., et al.
            Civil Index No.: 13-cv-5704-DLI-MDG

Dear Judge Irizarry:

      We represent the Plaintiff in the above-referenced case. I write Your Honor to inform You and the Court that W. Gordon Kaupp is no longer with the firm. We respectfully request that he be removed from all ECF communications/notifications and no longer be listed as an attorney of record for the above-referenced case. A new attorney from our firm of record has filed a Notice of Appearance with the Court.

We greatly appreciate Your Honor's attention to this matter.

Respectfully submitted,

**Arcé Law Group, P.C.**

Gregory W. Kirschenbaum